UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEMEIN DEVELOPMENT COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV458 CDP |
| ) | |
| OPPIDAN, INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The parties have informed me that they have reached a settlement agreement in this case. Accordingly,

**IT IS HEREBY ORDERED** that this case is STAYED and the deadlines in the April 24, 2009 Case Management Order are vacated, pending completion of the settlement arrangement.

**IT IS FURTHER ORDERED** that the parties must file with the Court a joint status report every 60 days until the settlement has been completed, informing the Court of the status of the pending settlement arrangements.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of August, 2009.